**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

**KENNETH KIDDER,**
  **Plaintiff,**

 v.               **Case No. 12-C-163**

**CAROLYN W. COLVIN,**
**Acting Commissioner for Social Security Administration,**
  **Defendant.**

## ORDER

**IT IS ORDERED** that plaintiff's unopposed motion (R. 19) for approval of attorney's fees in the amount of $12,873.78 pursuant to 42 U.S.C. § 406(b) is **GRANTED**. Counsel is directed to refund plaintiff $7,500.00, representing the amount of the EAJA award previously paid counsel and now credited to plaintiff.

Dated at Milwaukee, Wisconsin this 23rd day of October, 2013.

         /s Lynn Adelman
         _____
         LYNN ADELMAN
         District Judge